**THOMAS P. RILEY, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 90071**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J SPORTS PRODUCTIONS, INC.**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J & J Sports Productions, Inc.,**<br><br>Plaintiff,<br><br>vs.<br><br>**Mary Vincent,**<br><br>Defendant. | **Case No. 2:17-cv-00945-JAM-CKD**<br><br>**ORDER GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE** |

## **ORDER**

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

///

///

---

**ORDER (Proposed) GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION**
**FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE**
**CASE NO.: 2:17-cv-00945-JAM-CKD**
**PAGE 1**

Plaintiff is granted an additional sixty (60) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendant Mary Vincent a/k/a Mary Caroline Vincent, where service has not been made or service by publication requested.

**IT IS SO ORDERED**:

Date: 8/1/2017    s/ John A. Mendez
**Honorable John A. Mendez
United States District Court Judge
Eastern District of California///**

///

///

///

///

///

///

///

///

**ORDER (Proposed) GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION
FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE
CASE NO.: 2:17-cv-00945-JAM-CKD
PAGE 2**